UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SKYLAR DUPREE and ROBERT DUPREE,

                                  Plaintiffs,

                    -against-

THE CITY OF NEW YORK,
DET. WILLIE JOHNSON (Shield 4104),
DET. JAVIER APONTE (Shield 1102),
SGT. CHRISTOPHER THOMAS (Shield 2132),
P.O. DAVID PRALGO (Shield 23526),
P.O. ANTHONY DONALDSON (Shield 8286),
SGT. ROBERT MARTINEZ (Shield 20291),
SGT. MOHAMMED KARIMZADA (Shield 786),
JOHN DOE AND JANE DOE 1-14,

                                  Defendants.

------------------------------------------------------------------- X

12 Civ. 4392 (CBA)(RER)

**STIPULATION AND**
**ORDER OF DISMISSAL**

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated:    New York, New York
             June 25, 2013

O'keke & Associates
*Attorneys for Plaintiffs*
801 Franklin Avenue
Brooklyn, NY 11238
(718) 855-9595

_____
Patrick O'keke, Esq.

Office of Corporation Counsel
*Attorney for Defendants*
100 Church Street, Room 3-132
New York, NY 10007
(212) 356-3514

_____
Fred M. Weiler, Esq.

**SO ORDERED:**

_____
The Hon. Carol B. Amon
United States District Judge